IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GEORGE WALTER BREWSTER, III , | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00035-MTT-TQL |
| | * |
| STATE BAR OF GEORGIA, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 14, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 15th day of February, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk